AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts ▼

| | |
|---|---|
| United States of America<br>v.<br>Joseph Pacheco<br><br>Defendant | Case No. 4:25CR40038-MRG<br><br>FILED IN CLERKS OFFICE |

## ARREST WARRANT

DEC 3 '25 PM 1:22 BOSTON MA

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Joseph Pacheco

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Dist. Animal Crush Video - 18 USC 48(a)(3)
Transmitting Threats in Interstate Commerce - 18 USC 875(c)
Knowing Dist. Child Pornography to Minor - 18 USC 2252A(a)(6)

Date:   11/20/2025

_[signature]_
Issuing officer's signature

City and state:   Boston, MA

Hon. Donald L. Cabell, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 11/20/25, and the person was arrested on (date) 12/3/25
at (city and state)  420 85th Pl SW, Everette, WA

Date:   12/3/25

_[signature]_
Arresting officer's signature

Joseph Rico
Printed name and title